UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 06-2087 MK |
| | ) |
| MARINO B. SCOTT | ) |

### MOTION FOR DETENTION

COMES NOW, the United States of America, and pursuant to Title 18, United States Code, Section 3142, the Government moves to have the defendant detained pending proceedings in this matter on the basis that he presents a danger to the community and that there is a danger that he may flee.

The Government moves for a continuance of three days in order to prepare for a detention hearing.

Respectfully submitted,

JAMES K. VINES
United States Attorney for the
Middle District of Tennessee

BY /s/ Harold B. McDonough, Jr.
HAROLD B. MCDONOUGH, JR.
Assistant U. S. Attorney
110 9th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151