AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

UNITED STATES OF AMERICA

V.

MARINO B. SCOTT

**EXHIBIT AND WITNESS LIST**

Case Number: 06-2087 MK

| PRESIDING JUDGE<br>E. CLIFTON KNOWLES | PLAINTIFF'S ATTORNEY<br>Hal McDonough | DEFENDANT'S ATTORNEY<br>Dwight Scott |
|---|---|---|
| TRIAL DATE (S)<br>September 5, 2006 | COURT REPORTER<br>Taped 2006-40 MK | COURTROOM DEPUTY<br>Marcia Knoch |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/5/06 | | | wit: Kevin Carroll |
| | ✓ | " | | | wit: Joyce Scott |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages